IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK THOMAS MOORE<br><br><br>Defendant. | Case No. 1:23-MJ-153 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kevin Moore, a Special Agent of the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the FBI and have been since August 21, 2016. I am currently assigned to the FBI's Violent Crime Task Force, which is responsible for investigating violent crimes and major offenders in the Washington, D.C. area. During the course of my participation in law enforcement, I have conducted arrests and executed search and seizure warrants and court orders. I have investigated crimes involving bank robberies, Hobbs Act violations, extortion, threats, carjackings, and kidnappings. During my tenure with the FBI, I have also worked on other types of investigations, including money laundering and counterintelligence. My training included instruction on investigative tools and criminal law, such as the development and identification of probable cause to support the execution of arrest warrants.

2. I am an "[i]nvestigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute

search warrants, and to make arrests for violations of federal law. As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3. I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents to include business and official government records, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein. Because this affidavit is being submitted for the limited purpose of enabling this Court to make a judicial determination of probable cause to issue an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that violations of the federal laws identified have occurred.

4. I make this affidavit in support of an application for a criminal complaint and arrest warrant for MARK THOMAS MOORE ("MOORE"). For the reasons set forth below, I submit that there is probable cause to believe that MOORE has violated 18 U.S.C. § 1951(a) (interference with commerce by threats or violence).

**PROBABLE CAUSE**

5. Law enforcement has identified Mark Thomas MOORE as the perpetrator of a robbery of a CVS store located at or around 2400 Richmond Highway, Arlington, Virginia. The robbery took place on or around November 28, 2022. This CVS store is located within the Eastern District of Virginia, and it is an entity that is engaged in interstate commerce.

6. On or around November 28, 2022, at or about 7:20 a.m., an officer of the Arlington County Police Department ("ACPD") responded to a report of an armed robbery that had occurred at the CVS store referenced above.

7. An employee of the CVS store ("Victim-1") told the officer that a man had entered the store and after a short time, had gone behind the counter where Victim-1 was standing, pointed what appeared to be a handgun at Victim-1, and demanded that Victim-1 open the store's registers and provide him with the store's cash. Victim-1 stated that he complied with the man's request, providing the man with the cash from the store's registers.

8. Victim-1 described the suspect as a black male, approximately 5 feet 5 inches and 150 pounds, wearing a gray hoodie and brown pants, and with a beard and mustache.

9. A store security company soon informed ACPD that the cash bundle that Victim-1 had provided to the robbery suspect contained a GPS tracker. The security company began providing real-time updates to ACPD as to the location of the tracker. ACPD's dispatch station relayed the real-time GPS location information to responding police units. Officers pursued the suspect using the GPS location information.

10. During the pursuit, officers observed a man matching the suspect's description, but wearing a blue sweatshirt, red pants, and carrying a bag. Officers observed the man riding a green bicycle. The locations where officers observed the man matched the locations that ACPD dispatch was providing of the GPS tracker.

11. At one point, the suspect dismounted his bicycle, and an officer ordered him to stop. The suspect did not stop, and officers continued pursuing him.

12. Officers lost sight of the suspect for a period of time, but the updates from the GPS tracker informed them that the suspect had stopped at a point in Southwest Washington, D.C. Officers arrived at this location and observed an overturned green bicycle matching the one that the suspect had been observed riding. After searching the area, officers found the suspect, who was still wearing the blue sweatshirt, wearing the red pants, and carrying the bag that officers had

observed earlier.

13. Officers identified the suspect as MOORE based on the name and other biographical information that he provided.

14. Officers brought Victim-1 to MOORE's location. Victim-1 positively identified MOORE as the suspect who had robbed the CVS store.

15. Officers also searched the bag that MOORE had been carrying and observed that it contained more than $350 in cash, an object that appeared to be a black handgun[1], the GPS tracker, a gray hoodie, brown pants, and other items.

16. The gray hoodie and brown pants that were found in MOORE's bag matched the clothes that Victim-1 had described the suspect as wearing at the time of the robbery.

[1] The object that appeared to be a black handgun, observed by Victim-1 during the robbery and found by officers in MOORE's bag, was later determined to be a BB gun.

17. Surveillance footage that was obtained from the CVS store also shows that the clothes that were found in MOORE's bag matched the clothes that the suspect was wearing during the robbery of the CVS store. This is indicated in the pictures below:

**<u>Photo of clothes found in MOORE's bag and surveillance footage of entry to CVS store</u>**






**<u>Surveillance footage of CVS store counter (redacting Victim-1)</u>**





**CONCLUSION**

18. Based on the foregoing, there is probable cause to believe that on or around November 28, 2022, in Arlington County, Virginia, within the Eastern District of Virginia, MARK THOMAS MOORE obstructed, delayed, and affected interstate commerce and the movement of any article or commodity in commerce by robbery and by the threat of physical violence, in violation of 18 U.S.C. § 1951(a).

Respectfully submitted,

K.A. Moore

Kevin Moore
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August ____, 2023.

John F. Anderson Digitally signed by John F. Anderson Date: 2023.08.09 11:33:55 -04'00'

The Honorable John F. Anderson
United States Magistrate Judge
Alexandria, Virginia