IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK THOMAS MOORE,<br><br>Defendant. | Case No. 1:23-mj-153 |

MOTION FOR DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America hereby moves this Court for leave to dismiss without prejudice the citation against Defendant MARK THOMAS MOORE, 1:23-mj-153, for reasons that the ends of justice are best served by this dismissal.

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: /s/ Ursula N. Simmons

Ursula N. Simmons
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Email: ursula.simmons@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on 08 September 2026, I mailed a copy of the foregoing memorandum and proposed order to the defendant.

/s/ Ursula N. Simmons
Ursula N. Simmons
Assistant United States Attorney