IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK THOMAS MOORE,<br><br>Defendant. | Case No. 1:23-mj-153 |

AMENDED ORDER

The motion of the United States of America to dismiss without prejudice case number 1:23-mj-153 pertaining to the defendant MARK THOMAS MOORE, is hereby granted.

IT IS ORDERED that case number 1:23-mj-153 pertaining to the defendant, MARK THOMAS MOORE, is hereby dismissed without prejudice. The status conference scheduled for September 9, 2026 is cancelled.

Dated this 9th day of September, 2026
Alexandria, Virginia

Lindsey R. Vaala

Lindsey R. Vaala
United States Magistrate Judge